838

No. 82–6845.  VARELLA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 82–6846.  SCHULZ *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., County of San Diego.  Certiorari denied.

No. 82–6849.  REESE *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 82–6851.  BOWLES *v.* FARRIS ET AL.  C. A. 10th Cir. Certiorari denied.

No. 82–6853.  PRESLEY *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 82–6855.  BEDORTHA *v.* CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY.  Sup. Ct. Ore.  Certiorari denied.

No. 82–6856.  DONALDSON *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 82–6860.  BOYD *v.* SHAWNEE MISSION PUBLIC SCHOOLS, UNIFIED SCHOOL DISTRICT NO. 512, JOHNSON COUNTY, KANSAS. C. A. 10th Cir.  Certiorari denied.

No. 82–6864.  O'KELLEY *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 82–6866.  TONEMAN *v.* BURKHART.  C. A. 4th Cir.  Certiorari denied.

No. 82–6867.  TRAPNELL *v.* O'BRIEN, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 82–6868.  JOHNSON *v.* PARKS, WARDEN, KENTUCKY STATE PENITENTIARY, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 82–6869.  BLACK *v.* BARANY ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 82–6871.  ANDERSON *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 82–6872.  BRIDGES *v.* TEXAS.  Ct. App. Tex., 12th Sup. Jud. Dist.  Certiorari denied.